recovering alcoholics, within the failure-to-plan period found by the court. Her residence at the facility did not prevent continued visitation with her children as scheduled, and she was not prevented from developing a plan for the children. While at the facility, petitioner continued to provide various services designed to assist respondent in the preparation of her plan. We conclude that, where residence at such facility does not interrupt the parent's ability to perform statutory obligations, the parent is not "hospitalized" or "institutionalized" within the meaning of Social Services Law § 384-b (7) (d) (ii) *(Matter of James S.,* 98 Misc 2d 650, 654; *cf., Matter of Nicole M.,* 120 Misc 2d 553).

The record also supports Family Court's finding that petitioner made diligent efforts to encourage and strengthen the parental relationship (Social Services Law § 384-b [7] [a], [f]). Although petitioner's efforts were unsuccessful on occasion, it was not required to guarantee success *(Matter of Sheila G.,* 61 NY2d 368, 385). Petitioner's provision of a myriad of services directed not only toward respondent's alcoholism, but also in the areas of housing, homemaking and parental guidance, more than satisfied the statutory requirement of "reasonable attempts" to assist, develop and encourage a meaningful relationship between respondent and her children *(see,* Social Services Law § 384-b [7] [f]; *Matter of Jamie M.,* 63 NY2d 388; *Matter of Sheila G., supra).* (Appeal from order of Genesee County Family Court, Graney, J.—permanent neglect.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.

■ In the Matter of ROSA C. (Appeal No. 2.)—Order unanimously affirmed without costs. Same memorandum as in *Matter of Regina M. C.* ([appeal No. 1] 139 AD2d 929 [decided herewith]). (Appeal from order of Genesee County Family Court, Graney, J.—permanent neglect.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.

■ In the Matter of DEXTER C. (Appeal No. 3.)—Order unanimously affirmed without costs. Same memorandum as in *Matter of Regina M. C.* ([appeal No. 1] 139 AD2d 929 [decided herewith]). (Appeal from order of Genesee County Family Court, Graney, J.—permanent neglect.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.

■ DANFIELD DEVELOPMENT CO., INC., et al., Appellants, v STATE OF NEW YORK, Respondent. (Claim No. 66600.)—Judgment unanimously affirmed without costs for reasons stated in decision at Court of Claims, Hanifin, J. (Appeal from judgment